```
         FILED              RECEIVED
         ENTERED             SERVED ON
                      COUNSEL/PARTIES OF RECORD

              OCT 10 20__

         CLERK'S DISTRICT COURT
          DISTRICT OF NEVADA
    BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN PAUL MARKS, ) | |
|     Plaintiff, ) | 3:08-cv-0028-BES-RAM |
| vs. ) | |
| ) | **ORDER** |
| PRISON HEALTH SERVICES, *et al.*, ) | |
|     Defendants. ) | |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. On July 14, 2008, the Court granted plaintiff's motion for extension of time to file an amended civil rights complaint (docket #6). Plaintiff was previously ordered on May 20, 2008 to file an amended complaint, and was advised that the action would be dismissed if he did not comply with the Court's order (docket #3). The orders were apparently delivered to plaintiff; they were not returned undelivered. Plaintiff has not responded to the order. More than the allotted time has elapsed and plaintiff has not submitted an amended complaint. Therefore, plaintiff's action shall be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for the failure of plaintiff to comply with this Court's July 14, 2008 order. The Clerk shall **ENTER JUDGMENT** accordingly.

DATED this 10th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE